BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant EUTSY II

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR 11-00311 - LHK |
| )   | |
| Plaintiff,     ) | [~~PROPOSED~~] ORDER CONTINUING |
| )   | THE SENTENCING HEARING FROM |
| v.        ) | OCTOBER 19, 2011 TO NOVEMBER 9, |
| )   | 2011 |
| ROWLAND MARVINE EUTSY II,     ) | |
| )   | |
| Defendant.     ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from October 19, 2011, to November 9, 2011, at ~~10:00~~ 9:00 a.m. .

Dated: October   11  , 2011

_____
HONORABLE LUCY H. KOH,
United States District Judge

ORDER CONTINUING HEARING
No. CR 11-00311-JF                                          1