1 | BARRY J. PORTMAN
Federal Public Defender
2 | MANUEL U. ARAUJO
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant EUTSY II

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,      )   No. CR 11-00311 - LHK
                                   )
12 |          Plaintiff,            )   [PROPOSED] ORDER CONTINUING
                                   )   THE SENTENCING HEARING FROM
13 |     v.                         )   NOVEMBER 9, 2011 TO
                                   )   NOVEMBER 23, 2011
14 | ROWLAND MARVINE EUTSY II,      )
                                   )
15 |          Defendant.            )
                                   )
16

17       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

18 | sentencing hearing in the above-captioned matter shall be continued from November 9, 2011, to

19 | November 23, 2011, at 11:30 a.m.

20 | Dated: November   4  , 2011

21                                            _Lucy H. Koh_____
                                              HONORABLE LUCY H. KOH,
22                                            United States District Judge

23

24

25

26