**United States District Court**

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 28 2014
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket Number: |
| vs. ) | 0971 5:11CR00311-001 LHK |
| ROWLAND MARVINE EUTSY ) | |

**ORDER TO MODIFY SPECIAL CONDITIONS OF SUPERVISED RELEASE**

ON MOTION OF THE COURT, as set forth below, the Court hereby imposes the following special condition: The defendant shall be monitored for a period of six (6) months, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other Court imposed condition of release, the defendant's movement in the community shall be restricted as follows:

The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical; substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities as pre-approved by the probation officer. All previous Court ordered conditions are reimposed.

Date: 3/27/14

Lucy H. Koh
United States District Judge